# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIO BARRAZA LEON,<br><br>  Plaintiff,<br><br>  v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>  Defendants. | Case No.  1:13-cv-01832-AWI-JLT (PC)<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO<br><br>(ECF No. 1) |

On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Crescencio Barraza Leon.  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  The Clerk's Office shall serve a copy of this order on the named Plaintiff, Crescencio Barraza Leon #A034514211, and on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   November 19, 2013                          _____
                                                                            SENIOR  DISTRICT  JUDGE